# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHELDRICK J. HERROD,                                                                    PETITIONER
ADC #136798

v.                                       No. 5:12CV00073 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE