**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SHELDRICK J. HERROD                                                                          PETITIONER
ADC #136798

5:12CV00073 JLH/HDY

RAY HOBBS                                                                                              RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee.

The Clerk will serve a copy of the petition (docket entry #2), and this order, on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within 21 days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this  17  day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE