# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHELDRICK J. HERROD                                                                                    PETITIONER

v.                                            NO. 5:12CV00073 JLH/HDY

RAY HOBBS, Director of the                                                                         RESPONDENT
Arkansas Department of Correction

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following findings and recommendation have been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to these findings and recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the Office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendation. The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, Arkansas 72201-3325

DISPOSITION

Petitioner Sheldrick J. Herrod ("Herrod") commenced the case at bar by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent Ray Hobbs ("Hobbs") responded to the petition by filing the pending motion to dismiss. See Document 21. Hobbs maintained that Herrod's petition should be dismissed because it is a second or successive petition, and he did not obtain permission from the Court of Appeals before filing the petition. Before giving Hobbs' assertion serious consideration, the Court invited Herrod to file a response to the motion. He has now filed a response, a response in the form of the pending motion to voluntarily dismiss his petition without prejudice. See Document 24.[1]

The undersigned has no reason to doubt the voluntariness of Herrod's motion to dismiss; there is nothing to suggest that it was filed under duress. For the reason identified in the motion, the undersigned recommends the following:

---

[1]

In full, Herrod's motion to dismiss contained the following representations:

Re: Motion to dismiss without prejudice pending filing a Rule 37 to state court.

Dear Magistrate Young,

After seeking legal advice, it would be in my best interest to request that this court dismiss my present petition without prejudice pending filing my petition in state court before going back to federal court.

Would you please treat my letter as a motion to dismiss without prejudice.

See Document 24 at 1.

1) Hobbs' motion to dismiss should be denied,

2) Herrod's motion to dismiss should be granted;

3) Herrod's petition should be dismissed without prejudice; and

4) Judgment should be entered accordingly.

In recommending the dismissal of Herrod's petition, it should be noted that the undersigned is offering no opinion as to whether Herrod has an available, non-futile state remedy or what affect the dismissal of the petition without prejudice will have on any future submission in federal court by Herrod.

DATED this ___13___ day of August, 2012.

                                                UNITED STATES MAGISTRATE JUDGE

.