IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHELDRICK J. HERROD                                                                                      PETITIONER
ADC #136798

v.                                           NO. 5:12CV00073 JLH-HDY

RAY HOBBS, Director,
Arkansas Department of Correction                                                                 RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs is denied. Document #21. The motion to dismiss filed by petitioner Sheldrick J. Herrod is granted, and his petition for writ of habeas corpus is dismissed without prejudice. Document #24. Judgment will be entered accordingly.

IT IS SO ORDERED this 5th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE