# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SHELDRICK J. HERROD                                                                                    PETITIONER
ADC #136798

v.                                           NO. 5:12CV00073 JLH-HDY

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is hereby entered dismissing the petition for writ of habeas corpus filed by Sheldrick J. Herrod.

IT IS SO ORDERED this 5th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE